UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALTAGRACIA POPA, AURELIA SANCHEZ
and TERESA OVALLES and on behalf of all                  Civil Case No. 12-CV-07957
other similarly situated,                                (KBF)(SN)

                               Plaintiffs,

     -against-

HOME HEALTH CARE SERVICES, INC.
and RUTH FORESTINE, PRESIDENT,

                              Defendants.
-------------------------------------------------------------------X

## NOTICE OF DEFENDANTS' MOTION
## TO DISMISS COMPLAINT

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Ruth Forestine dated November 15, 2012, and all exhibits annexed thereto, the accompanying Defendants' Memorandum of Law in Support of Motion to Dismiss, dated November 16, 2012, and all other papers and proceedings in this matter, Defendants will move before the Honorable Katherine B. Forrest, United States District Court Judge, at the United States Courthouse, Room 15A, 500 Pearl Street, New York, New York for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' Motion to Dismiss in its entirety with prejudice, and for such other and further relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that, opposition papers are due within seven (7) days of service of the moving papers, and that reply papers are due within two (2) days of service of the opposition papers.

Dated: Garden City, New York
November 16, 2012

                                            MORITT HOCK & HAMROFF LLP
                                            Attorneys for Defendants
                                            Home Health Care Services, Inc. and
                                            Ruth Forestine

                                            By: _/s/ A. Jonathan Trafimow_
                                                A. Jonathan Trafimow
                                            400 Garden City Plaza
                                            Garden City, New York  11530
                                            Tel.:  (516) 873-2000
                                            Fax:  (516) 873-2010
                                            Email:  jtrafimow@moritthock.com